IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC., § § Plaintiff, § § VS. § MARCELO R. GARCIA, Individually and § d/b/a MARCELO'S FAJITA GRILL, and § M&D, INC, Individually and d/b/a § MARCELO'S FAJITA GRILL, § § Defendants. § | CIVIL ACTION NO. H-05-3128 |

**FINAL JUDGMENT**

Judgment is entered against defendants in favor of plaintiff, Garden City Boxing Club, Inc. It is ordered that Garden City Boxing Club, Inc., recover from defendants, Marcelo R. Garcia, Individually and d/b/a Marcelo's Fajita Grill, and M& D, Inc., Individually and d/b/a Marcelo's Fajita Grill, as follows:

    a. Marcelo R. Garcia, Individually and d/b/a Marcelo's Fajita Grill, and M& D, Inc., Individually and d/b/a Marcelo's Fajita Grill the principal sum of $10,000.00.
    b. Attorney's fees of $1,000.00.
    c. Costs of court.
    d. Postjudgment interest at the rate of 4.43% *per annum*.

THIS IS A FINAL JUDGMENT.

SIGNED on January 30, 2006, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge